# ALABAMA COURT OF CRIMINAL APPEALS



April 25, 2025

**CR-2024-0347**

Johnny Coleman v. State of Alabama (Appeal from Lowndes Circuit Court: CC-19-06 and CC-19-07)

## <u>NOTICE</u>

You are hereby notified that on April 25, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk